IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TROY SIMS, Individually, and on behalf
Of all others similarly situated,

    Plaintiff,

vs.      No. 2:08-CV-02293-A/P

FIRST HORIZON NATIONAL
CORPORATION, ET AL.,

    Defendant.

## NOTICE OF SUBSTITUTION OF COUNSEL

Come the defendants and give notice of the substitution of Mark Glover and Baker, Donelson, Bearman, Caldwell & Berkowitz, PC for Jef Feibelman and Burch, Porter & Johnson, PLLC in this matter. All other counsel for the defendants are unaffected by this substitution and continue their representation of the defendants. Jef Feibelman and Burch, Porter & Johnson, PLLC are relieved of any further responsibility in this matter and should be removed from the distribution list.

Respectfully submitted,

BURCH, PORTER & JOHNSON, PLLC

s/ Jef Feibelman
Jef Feibelman    (BPR No. 7677)
130 North Court Avenue
Memphis, TN  38103
Ph: (901) 524-5000
Fax: (901) 524-5024

                         BAKER, DONELSON, BEARMAN,
                         CALDWELL & BERKOWITZ, PC

                         s/ Mark Glover
                         Mark Glover        (BPR No. 6807)
                         165 Madison Avenue, Suite 2000
                         Memphis, TN 38103
                         Ph: (901) 577-2222
                         Fax: (901) 577-0732

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been forwarded via first class U.S. mail, postage pre-paid and/or by electronic means via the Court's electronic filing system to the following counsel on this 1st day of December, 2008:

Ellen M. Doyle, Esq.
William T. Payne, Esq.
John Stember, Esq.
Stephen M. Pincus, Esq.
Joel R. Hurt, Esq.
Stember Feinstein Doyle & Payne, LLC
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Thomas F. Hurka
Morgan Lewis & Bockius, LLP
77 West Wacker Drive
Chicago, IL 60601-5094

                                     s/ Jef Feibelman