IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | | |
|---|---|---|
| JOHN YOST, GERALD L. SANDERS, JOSEPH WETEGROVE, and ANTHONY SMITH, individually, and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08-2293-STA |
| FIRST HORIZON NATIONAL CORPORATION *et al.* | ) ) ) | |
| Defendants. | ) | |

---

**ORDER DENYING ALL PENDING MOTIONS AS MOOT DUE TO SETTLEMENT**

---

On December 23, 2011, the parties filed a Notice of Settlement (D.E. # 186) in this matter. The parties had previously notified the Court that they had reached a settlement. The Notice of Settlement reports that the parties are finalizing a settlement agreement. As such, all current deadlines in the schedule are stayed and pending motions in this matter are **DENIED** as moot.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:   December 23, 2011