# EXHIBIT 2

**JOHN YOST, GERALD L. SANDERS, JOSEPH WETEGROVE,
and ANTHONY SMITH v. FIRST HORIZON NATIONAL CORPORATION, et al.**

**EXPENSE SUMMARY**

**FIRM: STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**

**REPORTING PERIOD:** Inception through July 31, 2012

| Category | Amount |
|---|---:|
| Advertising | $   615.00 |
| Conference calls | 220.62 |
| Consulting Services | 341.25 |
| Costs paid to D.C. Young, Esq. by Named Plaintiff J. M. Wetegrove | 575.00 |
| Depositions | 1,459.57 |
| Experts | 86,215.00 |
| Filing fees | 1,398.45 |
| LexisNexis Concordance Document Database | 7,669.22 |
| Lextranet Document Database | 41,016.45 |
| Mediation | 8,114.59 |
| Messenger | 41.20 |
| Miscellaneous | 112.00 |
| Overnight Delivery | 1,250.80 |
| Outside Copying | 6,438.63 |
| PACER | 474.82 |
| Photocopying | 3,113.78 |
| Postage | 396.59 |
| Process Server | 808.60 |
| Scanning | 151.20 |
| Subscription | 79.00 |
| Travel – Airfare | 5,075.98 |
| Travel – Autos, taxi, parking | 182.20 |
| Travel – Hotels | 2,064.77 |
| Travel – Meals | 519.66 |
| Westlaw | 7,445.68 |
| **Total** | **$175,780.06** |