## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN YOST, GERALD L. SANDERS, JOSEPH WETEGROVE, and ANTHONY SMITH, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>FIRST HORIZON NATIONAL CORPORATION, *et al.*,<br><br>        Defendants. | Civil Action No. 2:08-02293-STA-cgc<br><br>District Judge S. Thomas Anderson<br><br>Magistrate Judge Charmiane G. Claxton |

### ORDER GRANTING CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND CASE CONTRIBUTION AWARDS

AND NOW, this 13th day of  September, 2012, upon consideration of Class Counsel's

Motion for an Award of Attorneys' Fees and Expenses and Case Contribution Awards, the

evidentiary materials submitted therewith, and the full record before the Court,

IT IS HEREBY ORDERED that

1.       Attorneys' fees are hereby awarded to Class Counsel in the amount of $1.8

million, to be paid from the Settlement Fund.[1]

2.       Costs and expenses incurred in connection with the prosecution of this litigation

in the amount of $175,780 is hereby award to Class Counsel, to be paid from the Settlement

Fund.

3.   Each of the four Named Plaintiffs is hereby awarded an incentive payment of $7,500,

to be paid from the Settlement Fund.

---

[1] All capitalized terms are derived from the Settlement Agreement and Release ("Settlement Agreement") filed on May 2, 2012 (Dkt. # 189-1).

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:  September 13, 2012